UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 6, 2006**
**DeLaHoya/Mayorga** Program,

      Plaintiff,

  -against-

KEITH DUFFIELD, Individually and as officer, director, shareholder and/or principal of PM CAR MANAGEMENT, INC. d/b/a CRYSTAL'S SPORTS GRILL a/k/a CRYSTAL SPORTS BAR & GRILL a/k/a CRYSTALS SPORTS GRILL, and PM CAR MANAGEMENT, INC. d/b/a CRYSTAL'S SPORTS GRILL a/k/a CRYSTAL SPORTS BAR & GRILL a/k/a CRYSTALS SPORTS GRILL,

      Defendants.

-----------------------------------------------------------------

**Notice of Settlement and
Administrative Dismissal**

Civil Action No. 1-06-CV-2341-SO-DSP
Hon. Solomon Oliver, Jr.

  **PLEASE TAKE NOTICE THAT** Plaintiff **J & J SPORTS PRODUCTIONS, INC.** (hereinafter "Plaintiff")**,** hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

  This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed **June 30, 2007**.  The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement.  However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant.  Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule

41 of the Federal Rules of Civil Procedure.

Dated:  June 4, 2007
      Ellenville, New York                     **J & J SPORTS PRODUCTIONS, INC.**

                                                   By:/s/ Julie Cohen Lonstein
                                                   Julie Cohen Lonstein, Esq.
                                                   LONSTEIN LAW OFFICE, P.C.
                                                   *Attorneys for Plaintiff*
                                                   Office & P.O. Address
                                                   1  Terrace Hill: P.O. Box 351
                                                   Ellenville, New York  12428
                                                   Tel: (845) 647-8500

**SO ORDERED** this 18th day of June, 2007

/s/SOLOMON OLIVER, JR.
_____
**HON. SOLOMON OLIVER, JR.**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following :

Robert A.  Ruggieri, Esq.
100 Erieview Tower
1301 East Ninth Street, Suite 2500
Cleveland, OH 44114

Robert A. Zimmerman, Esq.
Kahn Kleinman
2600 Erieview Tower
1301 East 9th Street
Cleveland, OH 44114-1824


via the United States Postal Service on the ___ day of _____, 2007.

                                                                               /s/ Julie Cohen Lonstein